ary, 2, 1910.) In the matter of the probate of the last will and testament of Sarah J. Burns, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, upon questions of fact, with costs to appellant to abide event, payable out of the estate, and a trial of the following issues of fact directed to be had, as provided by section 2588 of the Code of Civil Procedure, by and before a jury of the Supreme Court at a Trial Term thereof to be convened at the city of Rochester, in and for the county of Monroe, on the first Monday in March, 1910, to wit: (1) Did Sarah J. Burns possess testamentary capacity at the time of the execution of the alleged will bearing date March 28, 1907? (2) Was the execution of said alleged will procured by fraud or undue influence practiced upon her?

McLENNAN, P. J., and KRUSE, J., dissent.

CALANANE, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Ellen Calanane, as administratrix, etc., against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Judgment and order affirmed, with costs.

CAR et al., Respondents, v. KIMBALL et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Walter E. Car and others, suing, etc., against Horatio G. Kimball and others. F. G. Caffey, for appellants. A. Gordon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARNEY, Respondent, v. TIBBETTS, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Katherine A. Carney against Oliver A. Tibbetts. L. E. Felix, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARBONATING APPARATUS CO., Respondent, v. CHARLES H. SAGAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by the Carbonating Apparatus Company against the Charles H. Sagar Company. No opinion. Appeal dismissed, with costs, under general rule No. 39.

CAREY, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Ellen Carey, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

CASEY, Respondent, v. DAVIS & FURBER MACH. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by John J. Casey, as administrator, etc., against the Davis & Furber Machine Company. No opinion. Appeal dismissed, with costs, under general rule No. 39.

CASLIN, Respondent, v. REED & BARTON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Daniel Caslin, an infant, against the Reed & Barton Company. A. C. Cass, for appellant. M. Strassman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re CHADSEY. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of Benjamin F. Chadsey. No opinion. Petition dismissed. See, also, 120 N. Y. Supp. 1117.

CITY OF NEW YORK, Respondent, v. PAOLI et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by the City of New York against Ralph D. Paoli and another. J. G. Tomlinson, for appellants. T. Farley, for respondent. No opinion. Judgment (63 Misc. Rep. 411, 116 N. Y. Supp. 544) affirmed, with costs. Order filed.

CLARK, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Chester E. Clark against Adrian H. Joline and Douglas Robinson, as receivers, etc.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

CLEMENT, State Excise Com'r, v. SEVENTEEN CASKS OF CIDER. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Maynard N. Clement, as State Commissioner of Excise of the State of New York, against Seventeen Casks of Cider and divers other liquors. No opinion. Motion denied.

CLONIN et al., Respondents, v. LIPPE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by James E. Clonin and John Messenger, composing the firm of Clonin & Messenger, against Herman F. Lippe and Henry J. Lippe, Jr., composing the firm of Herman F. Lippe & Bro., and others. No opinion. Motion granted, without costs. See, also, 121 App. Div. 466, 106 N. Y. Supp. 58.

COE, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by William E. Coe against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.